IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



UNITED STATES OF AMERICA       :

               CASE NO.  3:18-CR-

v.       :

           **SHARON L. OVINGTON**

JAMES R. ANDERSON       :       INFORMATION
               16 U.S.C. § 3372(a)(2)(B)
Defendant.       :       (MISDEMEANOR)

---

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1

On or about December 17, 2015, in the Southern District of Ohio, and elsewhere, the

defendant, JAMES R. ANDERSON, did knowingly transport, receive, acquire, and purchase

plants, that is, *Panax quinquefolious*, commonly referred to as wild American ginseng, in

interstate commerce, when in the exercise of due care, the defendant, JAMES R. ANDERSON,

should have known that said plants were taken, possessed, and transported in violation of and in

a manner unlawful under the laws and regulations of the State of Indiana and the State of Ohio

that regulate the taking of plants without, or contrary to, required authorization, specifically,

Indiana Code § 14-31-3-10, and Ohio Revised Code § 1533.882(B).

All in violation of Title 16, United States Code, Sections 3372(a)(2)(B) and 3373(d)(2).

BENJAMIN C. GLASSMAN
United States Attorney

By:       _____
DOMINICK S. GERACE
Assistant United States Attorney